669 A.2d 881

**In the Matter of Herman BLOOM Petition for Reinstatement.**

**No. 697, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Nov. 30, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of November, 1995, upon consideration of the Report and Recommendations of the Disciplin-

ary Board of the Supreme Court of Pennsylvania dated November 7, 1995, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

CASTILLE, J., did not participate in this matter.